

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ERNESTO LAFRIENZA, | § | No. 08-13-00121-CR |
| Appellant, | § | Appeal from the |
| V. | § | 34th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee | § | (TC# 20120D03040) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the judgment of conviction should be reformed to reflect: (1) the use of a deadly weapon as to each count; (2) the jury assessed fifty years' and a fine of $5,000.00 as to each count; (3) that the trial court pronounced Counts I and II are to run concurrent; (4) that Appellant pled not guilty as to each count; (5) that Appellant pled not true to the two alleged prior felony convictions as to each count; and (6) that the jury found true to Appellant's two prior felony convictions as to each count. We therefore affirm the judgment of the trial court as reformed. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF AUGUST, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.